THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WILLIAM TAUTI and SELESITINA TAUTI, <br><br> Plaintiff, <br><br> v. <br><br> EAN HOLDINGS LLC, <br><br> Defendant. | CASE NO. C18-1688-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulated motion to dismiss (Dkt. No. 8). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 12th day of March 2019

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk